STATE BOARD OF MEDICAL EXAMINERS OF NEW JERSEY, COMPLAINANT-RESPONDENT, v. ALBERT L. WEINER, RESPONDENT-APPELLANT.

Argued May 6, 1963—Decided October 21, 1963.

*Mr. Charles A. Cohen* argued the cause for appellant.

*Mr. Theodore I. Botter,* First Assistant Attorney General, argued the cause for respondent (*Messrs. Thomas F. Tansey* and *William L. Boyan,* Deputy Attorneys General, on the brief; *Mr. Arthur J. Sills,* Attorney General of New Jersey, attorney).

The opinion of the court was delivered

PER CURIAM. On December 19, 1961 appellant was convicted of 12 charges of involuntary manslaughter. On December 27, without notice to appellant, State Board of Medical Examiners adopted a resolution revoking his license to practice medicine and surgery "because of the conviction of crimes involving moral turpitude." See *N. J. S. A.* 45:9–16. We certified appellant's appeal before the Appellate Division heard it.[1]

---

[1] Earlier proceedings are reported in *State Board of Medical Examiners v. Weiner,* 67 *N. J. Super.* 199 (*App. Div.* 1961) ; 68 *N. J. Super.* 468 (*App. Div.* 1961).

■■ The Board's action rested solely upon the fact of the criminal convictions, and since we have this day reversed the judgments there entered and directed a retrial, *State v. Weiner,* 41 *N. J.* 21 (1963), the Board's action must be set aside, without prejudice to such further proceedings as may be authorized by law. Accordingly we do not pass upon any of the issues raised except to say for the guidance of the Board that it may not suspend or revoke without affording the physician an opportunity to be heard before it.

The resolution of the Board is accordingly set aside.

*For reversal*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For affirmance*—None.